**FILED**

SEP 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CHAVEZ-ARROYO,<br><br>Defendant. | No. CR 09-00336 DLJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FERNANDO CHAVEZ-ARROYO, before the Hon. D. Lowell Jensen, United States District Judge, at 9:00 a.m. on Friday, October 16, 2009, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: September 11, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER
FOR AND WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
CR-09-00336 DLJ

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies; ROBERT K. WONG, Warden for the California Correctional Center, San Quentin, and/or any other Wardens of California Department of Corrections and Rehabilitation (CDCR) facilities, and/or any authorized CDCR correctional officers or deputies; and/or WARREN E. RUPF, Sheriff, Contra Costa County and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Friday, October 16, 2009 at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of FERNANDO CHAVEZ-ARROYO (CDC No. F23723) in your custody at San Quentin, or any other CDCR facility or Contra Costa County facility, before the United States Magistrate Court in and for the Northern District of California, in the Courtroom of the Hon. D. Lowell Jensen, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the fourth floor, in order that FERNANDO CHAVEZ-ARROYO may then appear upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court.

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: September _11_, 2009

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK, ROSE MAHER

WRIT OF HABEAS CORPUS AD PROSEQUENDUM